# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**TARVARCUS MILLER**                                                        **PETITIONER**

**v.**                            **No. 3:14CV196-MPM-RP**

**MR. DENMARK, ET AL.**                                     **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DENIED**.

**SO ORDERED**, this, the 6th day of September, 2017.

                                            **/s/ MICHAEL P. MILLS**
                                            **UNITED STATES DISTRICT JUDGE**
                                            **NORTHERN DISTRICT OF MISSISSIPPI**